David M. Kinnear, Respondent, v. Katherine L. Kinnear, Appellant.—Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

P. J. Tierney Sons, Inc., Appellant, v. Selley's Express, Respondent. Selley's Express, Respondent, v. P. J. Tierney Sons, Inc., Appellant.— Judgment reversed, on the law and facts, with costs, and counterclaim dismissed, and case remitted to take evidence of the damages, if any, suffered by the plaintiff in the replevin action for withholding the chattel, and for the purpose of granting judgment to said plaintiff for possession of the chattel, or its value. Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ., concur. This court reverses findings of fact numbered 5, 6, 7, 9, 12, 13, 14, 15, 16, 18, 19, 24, 27 and 40, and disapproves conclusions of law numbered 1, 2, 3 and 6.

Charles E. Garrett, Respondent, v. Joseph Pecker, Appellant. S. Clarisse Garrett, Respondent, v. Joseph Pecker, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

Hudson Counties Title and Mortgage Company, Respondent, v. Josephine, D. Schultze and Others, Defendants. John R. Seaman, Occupant, Not a Party, Appellant.— Order of July 7, 1932, reversed, on the law and facts, without costs, and matter remitted to Special Term for further hearing, in accordance with the opinion; matter to be brought on by respondent on eight days' notice at any Special Term. Order of August 2, 1932 (incorrectly described in notice of appeal as being dated August 3, 1932), is affirmed, with ten dollars costs and disbursements. Opinion by Hill, J. (which opinion not being of general interest is not to be published); Van Kirk, P. J., Hinman and Crapser, JJ., concur; Rhodes, J., concurs in the result.

James Eagan, Respondent, v. Luxor Hotel and Baths, Inc., Appellant.— Judgment and order reversed, on the law and facts, in the interests of justice, and new trial granted, with costs to the appellant to abide the event. Van Kirk, P. J., Hinman and Crapser, JJ., concur; Hill and Rhodes, JJ., dissent and vote to affirm.

Philip Galarneau, an Infant, by Fred Galarneau, His Guardian ad Litem, Respondent, v. Sun Oil Company, Appellant, and Others.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hill and Rhodes, JJ., concur; Hinman and Crapser, JJ., dissent and vote to reverse, and for a new trial, on the ground that the verdict is against the weight of the evidence as to the negligence of the defendant, appellant.

Philip Galarneau, an Infant, by Fred Galarneau, His Guardian ad Litem, Respondent, v. Sun Oil Company, Appellant, and Others.— Order affirmed, with costs. Van Kirk, P. J., Hill and Rhodes, JJ., concur; Hinman and Crapser, JJ., dissent and vote for reversal and for the granting of the motion.

Anna M. Sweeny, Respondent, v. May C. Wait, Appellant.— Judgment and order reversed upon the law, with costs, and complaint dismissed, with costs, upon the ground that the defendant and her husband were coemployers of the plaintiff; that the accident arose out of and in the course of her employment; that the compensation insurance secured by the husband covered the plaintiff as one of the household servants (*Matter of Lipschitz* v. *Hotel Charles*, 226 App. Div. 839; affd., 252 N. Y. 518); and that no issue of fact was tendered by the evidence of the plaintiff that she did not see the notice required to be posted as